| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Prober & Raphael, A Law Corporation<br>Lee S. Raphael, Esq., Bar ID: 180030<br>Cassandra J. Richey, Esq., Bar ID: 155721<br>Melissa Vermillion, Esq., Bar ID :241354<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364<br>Telephone: 818-227-0100<br>Facsimile: 818-227-1010<br>Email: cmartin@pprlaw.net<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without attorney* | FOR COURT USE ONLY  **FILED & ENTERED**<br><br>**MAR 30 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA  DIVISION**

| | |
|---|---|
| In re:<br><br>Devon Osdy aka Andrew Juarez,<br>dba: Top Team Services, Exlon Enterprise, Inovest Point, Team Oak<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:11-bk-10085-ES<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: March 8, 2011<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>PLACE: U.S. Bankruptcy Court<br>          411 West Fourth Street, 5th Floor<br>          Santa Ana, California |

**MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.**

1. The Motion was:      ☐ Opposed            ☒ Unopposed            ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address:*          1606 & 1608 Donax Avenue
    *Unit Number:*
    *City, State, Zip Code:*   San Diego, California 92154

    Legal description or document recording number (including county of recording): **APN: 627-040-24-00**
    Lot 14, of Block "S" of Imperial Beach Gardens, in the City of San Diego, County of San Diego, State of California, according to Map thereof No. 1978, filed in the Office of the County Recorder of San Diego county, December 28, 1926.

    ☐ See attached page.

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
   ☒ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☒ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:
   ☒ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.
   ☒ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:
    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☒ See attached continuation page for additional provisions.

# # #

DATED: March 30, 2011

_Erithe A. Smith_
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                    Page 2                                                    **F 4001-1.ORDER.RP**

# **CONTINUATION PAGE**

10. d. Order Granting Motion for Relief from the Automatic Stay as to 11 U.S.C. Section 362(d)(4) must be recorded in the County Recorder's office of San Diego County to be effective.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 3     **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On March 10, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2011 | Stephanie Arevalo | /s/Stephanie Arevalo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                              Page 4                                              F 4001-1.ORDER.RP

**II. SERVED BY U.S. MAIL**

Hon. Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593
Judge's Copy

Devon Osdy et al
16242 Brimhall Lane
Huntington Beach, CA 92647
Debtor In Pro Se

Amrane Cohen
770 The City Dr So, Ste #3300
Orange, CA 92868
Chapter 13 Trustee

U.S. Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

Alfonso and Ana Lobato
2274 Green River Drive
Chula Vista, CA 91915
Borrowers

Rafik Abramyan
3121 Alma Ave.
Manhattan Beach, CA 90266
Grantee

Excel Group
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Top Services
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Grand Slam Ventures
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Nexus Pointe
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Exlon Enterprise
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Centero Group
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Ameriprise Service
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Prime Ventures
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Occupant(s)
1606 & 1608 Donax Avenue
San Diego, California 92154

Best Co Investments
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Option Financial
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Investe Pointe
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Xcel Enterprise
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Royal ServiceNow
c/o Brite Mind Services
2274 Green River Drive
Chula Vista, CA 91915
Grantee

Emerge Real Estate Investments, II, LP
c/o Alfonso Lobato
2274 Green River Drive
Chula Vista, CA 91915
Grantor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 5                                    **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 3/9/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Alyssa B Klausner abk@sghoalaw.com
Christopher M McDermott ecfcacb@piteduncan.com
Karen S Naylor (TR) acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
Lee S Raphael cmartin@pprlaw.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Catherine T Vinh ecfcacb@piteduncan.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Devon Osdy**
16242 Brimhall Lane
Huntington Beach, CA 92647

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 4001-1.ORDER.RP**